IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ASIA JOHNSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 18-443 |
| v. | ) | |
| | ) | |
| MUNHALL POLICE CHIEF CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

AND NOW this 25th day of May, 2018, upon consideration of the complaint filed by plaintiff, Asia Johnson, *pro se* and *in forma pauperis*, (ECF No. 3),

IT IS HEREBY ORDERED that for the reasons set forth in the accompanying Memorandum Opinion the complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for failure to state and claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3), and amendment would be futile.

IT IS FURTHER ORDERED that the clerk shall mark this case CLOSED.

By the court,

s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc: Asia Johnson
1807 West St., Apt. 2
Munhall, PA 15120

1